## Symons et al. *v.* National Building, Loan and Savings Association.

[No. 19,466.    Filed December 16, 1902.]

From Henry Circuit Court; *W. O. Barnard,* Judge.

Suit by the National Building, Loan and Savings Association against Elizabeth and Seth C. Symons to foreclose a mortgage. From a judgment for plaintiff, defendants appeal. Transferred from Appellate Court, under § 1337u Burns 1901. *Reversed.*

*E. H. Bundy* and *J. M. Morris,* for appellants.

*W. N. Harding, A. R. Hovey, C. S. Wiltsie* and *M. L. Koons,* for appellee.

MONKS, J.—The questions necessary to the decision of this case are the same as those decided in *International, etc., Assn.* v. *Radebaugh, ante,* 549, and *Racer* v. *International, etc., Assn., ante,* 697, and on the authority of those cases this case is reversed, with instructions to sustain appellants' motion for a new trial and for further proceedings not inconsistent with this opinion.